1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              CASE NO. 1:95-CR-05150-JLT

12 |                  Plaintiff,             [~~PROPOSED~~] ORDER DECLARING
                                             REVOCATION AND FORFEITURE OF
13 |               v.                        BOND

14 | JOSE FERNANDEZ,

15 |                  Defendant,
   and
16
   MAGDALENO GARCIA and
17 | SOCORRO F. GARCIA,

18 |                  Sureties.

19

20     Having found that the defendant has violated the conditions of his release and in consideration of

21 the government's *ex parte* motion for declaration of revocation and forfeiture of bond,

22     IT IS HEREBY ORDERED that the property bond posted on behalf of the above-named

23 defendant is revoked and ordered forfeited.

24     The U.S. Attorney shall take all necessary steps to recover from defendant Jose Fernandez, as

25 Principal, and Magdaleno Garcia and Socorro F. Garcia, as Sureties, $15,000 secured by the equity in

26 the property bond posted herein, plus interest from the date of entry of the judgment at the current legal

27 note until paid, plus costs of the Court.

28     In light of this revocation, the sureties' motion for reconveyance of the subject property is stayed

pending a final order of forfeiture.

IT IS SO ORDERED.

Dated:   **September 27, 2024**

_____
UNITED STATES DISTRICT JUDGE