UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSE FERNANDEZ,<br><br>                    Defendant.<br><br>MAGDALENO GARCIA AND SOCORRO FERNANDEZ GARCIA,<br><br>                    Sureties. | CASE NO.  1:95-CR-05150-JLT<br><br>[~~PROPOSED~~] ORDER DIRECTING ENTRY OF BOND FORFEITURE JUDGMENT |

   The Court, having reviewed the court's files and the Stipulation between the United States and the Sureties, and good cause appearing therefrom, hereby APPROVES the Stipulation.

   Accordingly, IT IS ORDERED that:

   1.   The Clerk of Court is directed to enter judgment in favor of the United States and against defendant and the Sureties pursuant to Rule 46(f)(3)(A) of the Federal Rules of Criminal Procedure in the amount of $15,000 plus any statutory interest from the date of judgment and costs allowed by law.

   2.   Within fourteen (14) days of service of this Order, the Sureties shall pay $15,040 to the Clerk of the Court for the Eastern District of California.  The check, cashier's check, or money order shall be made payable to "Clerk of the Court" and delivered by mail or in person to:

Clerk of the Court
501 I Street, Suite 4-200
Sacramento, California 95814

Sureties shall write the criminal docket number **1:95-cr-05150** on the payment instrument.

3. Upon confirmation that the $15,040 has been received and cleared, the Clerk of the Court shall prepare a reconveyance of the Deed of Trust (Doc # 95-06020) and forward it to the Sureties for recording.

4. The Clerk of the Court shall deposit the $15,040 with the Crime Victims Fund.

5. The Court denies the Sureties' pending motion to reconvey the Deed of Trust as moot.

6. All hearings on this matter are hereby removed from the Court's calendar.

7. The Sureties, although no longer financially liable under the bond conditions, shall immediately notify law enforcement, the United States, and the Court should they become aware of the defendant's location.

8. All parties shall bear their own fees and costs.

IT IS SO ORDERED.

Dated: **January 21, 2025**

_____
UNITED STATES DISTRICT JUDGE

ORDER APPROVING STIPULATION
RE FORFEITURE OF PROPERTY BOND

2