# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE FERNANDEZ,<br><br>　　　　　　　　　　Defendant.<br><br>MAGDALENO GARCIA AND SOCORRO FERNANDEZ GARCIA,<br><br>　　　　　　　　　　Sureties. | CASE NO. 1:95-CR-05150-JLT<br><br>BOND FORFEITURE JUDGMENT AGAINST DEFENDANT AND SURETIES |

Pursuant to Federal Rule of Criminal Procedure 46(f)(3)(A), judgment is entered in favor of the United States. Defendant and sureties Magdaleno Garcia and Socorro Fernandez Garcia are liable to the United States, jointly and severally, for the forfeited bond of $15,000, together with interest from the date of entry of judgment and costs as allowed by law.

IT IS SO ORDERED.

　Dated: **January 22, 2025**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

BOND FORFEITURE JUDGMENT　　　　　　　　　　1